Cause No. 13-F-1655-005

FILED IN
The Court of Appeals
Sixth District
01/05/2015
Texarkana, Texas
Debra K. Autrey, Clerk

THE STATE OF TEXAS        §        IN THE 5th JUDICIAL

v.                        §        DISTRICT COURT
                          §
Justin Wright            §        BOWIE COURT

MOTION OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come Now, Justin Donell Wright, Defendant in styled and numbered cause, respectfully moves this Honorable Court, respectfully, asking the Court, is the Defendant's case on appeal. if not, is the Defendant able at this time to file a Application of Writ of Habeas Corpus under Article 11.07 of the Tex. C.C.P.

WHEREFORE, Defendant prays this Honorable Court grants his Motion For Appeal.

Respectfully submitted,

Justin Wright
TDCJ-ID: 1944550
BETO UNIT
1391 FM 3328
Tennessee Colony, Tx. 75880

Justin Wright # 114450
1391 Fm 3338 Tennessee Colony TX 75800
Beto Unit

NORTH TEXAS TX FNSDC
DALLAS TX 750
27 OCT 2023 PM 5 L



Judge Ralph K. Burgess
5th District Courtroom, Bowie County Courthouse
710 James Bowie Drive, New Boston, TX
75570